

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| NOE G. SALAZAR, INDIVIDUALLY and AS OWNER OF EL RANCHITO GC, LLC, | § | No. 08-24-00408-CV |
|  | § | Appeal from the |
| Appellant, | § |  |
|  | § | 143rd Judicial District Court |
| v. | § |  |
|  | § | of Reeves County, Texas |
| REEVES COUNTY, REEVES COUNTY COMMISSIONER'S COURT, LEO HUNG, COUNTY JUDGE, ROJELIO ALVARADO, COMMISSIONER OF PRECINCT #1, ISRAEL CAMPOS, COMISSIONER OF PRECINCT #2, PAUL HINOJOS, COMMISSIONER OF PRECINCT #3, and TONY TRUJILLO, COMMISSIONER OF PRECINCT #4, | § | (TC#24-05-25216-CVR) |
|  | § |  |
|  | § |  |
|  | § |  |
|  | § |  |
|  | § |  |
| Appellees. | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and order that this decision to be certified below for observance.

IT IS SO ORDERED this 15th day of January 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.